UNITED STATES OF AMERICA,

              Plaintiff,                              Case No: 1:14-cr-61

v.                                              HON. JANET T. NEFF

SKYLER JOHN NEUBAUER-KEYES
a/k/a Skylar Neubauer-Keyes,

              Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed September 3, 2014 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (Dkt 56) is APPROVED and ADOPTED as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in Count One of the Superseding Felony Information.

3. The written plea agreement is hereby continued under advisement pending sentencing.

Dated:  September 25, 2014                   /s/Janet T. Neff_____
                                          JANET T. NEFF
                                          United States District Judge